IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLANCA ESTELA FACTOR- )<br>VILLANUEVA, )<br>)<br>Defendant. ) | Case No. 8:14CR59<br><br>**REPORT AND RECOMMENDATION<br>AND ORDER** |

Pursuant to the Government's Concession of Defendant's Motion to Suppress Statements (Filing No. 34), the government concedes the Defendant's Motion to Suppress filed on April 24, 2014. Therefore, I recommend that the Defendant's Motion to Suppress Statements (Filing No. 28) be granted.

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, Chief United States District Judge, that the Motion to Suppress [28] be granted.

**FURTHER, IT IS ORDERED:**

1.  Pursuant to NECrimR 59.2, any objection to the magistrate's Findings and Recommendation shall be filed with the Clerk of the Court within fourteen days. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 12th day of June, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge