# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:14CR59 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MEMORANDUM |
| ) | AND ORDER |
| BLANCA ESTELA ) | |
| FACTOR-VILLANUEVA, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Report and Recommendation and Order ("Report") of Magistrate Judge F. A. Gossett (Filing No. 36). The Report recommends that the Defendant's Motion to Suppress (Filing No. 28) be granted. No objections to the Report have been filed. After a review of the Government's Concession of Defendant's Motion to Suppress Statements (Filing No. 34) and the Court record in ths matter,

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation and Order (Filing 36) is adopted; and

2. The Defendant's Motion to Suppress (Filing No. 28) is granted.

DATED this 27th day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge